IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:13-CR-91-B |
| | § | |
| TIMOTHY RINEHART | § | |

### MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, <u>Timothy Rinehart</u>, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

  ____ Crime of violence (18 U.S.C. §3156);

  ____ Maximum sentence life imprisonment or death

  ____ 10 + year drug offense

  ____ Felony, with two prior convictions in above categories

  _X_ Serious risk defendant will flee

  ____ Serious risk obstruction of justice

  _X_ Felony involving a minor victim

  ____ Felony involving a firearm, destructive device, or any other
    dangerous weapon

  ____ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

    2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__  Defendant's appearance as required

    __X__  Safety of any other person and the community

    3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

    _____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

    _____  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    __X__  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____  Previous conviction for "eligible" offense committed while on pretrial bond

    4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    _____  At first appearance

    __X__  After continuance of __3__ days (not more than 3).

DATED this <u>29th</u> day of March, 2013.

**Motion for Detention - Page 2**

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/S/ Brian Daniel Poe
BRIAN DANIEL POE
Assistant United States Attorney
Texas State Bar No.   24056908
1100 Commerce Street, Third Floor
Dallas, Texas  75242
Telephone: 214.659.8670
Facisimile: 214.659.8803

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this 29th day of March, 2013.

/s/ Brian Daniel Poe
BRIAN DANIEL POE
Assistant United States Attorney